IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLY SMRKE** | : | **CIVIL ACTION** |
| | : | |
| V. | : | NO. 18-673 |
| | : | |
| **SUN EAST FINANCIAL SERVICES, LLC.** | : | |
| | : | |

## O R D E R

**AND NOW,** this 18th day of April, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of the parties.

**IT IS FURTHER ORDERED** that if the case was placed in civil suspense that the Clerk of Court transfer that case from the civil suspense file to the current docket for final disposition and **CLOSE** the case.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**